RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE                               E-FILED
701 Bridger Ave
Suite 820
Las Vegas,  NV  89101
(702) 853-4500

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:                                          CASE NO: BKS-19-12972-BTB
PAULINE YOUNG

                                                CHAPTER 13
                                                Hearing Date: 9/19/2019
                                                Hearing Time:  1:30 PM

THOMAS E CROWE PROFES
Attorney for the Debtor

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

Chapter 13 Bankruptcy Trustee, RICK A YARNALL, TRUSTEE, hereby objects to confirmation of the Chapter 13

Plan.  The Debtor filed for Chapter 13 relief on 5/10/2019.  The 341(a) Meeting of Creditors held on 8/13/2019  at 11:00

a.m. was  continued.  The Trustee objects to confirmation of the plan for the following reason:

In order  to  complete  his  investigation  into  the  Debtor's  financial  affairs,  Trustee  requires  the  following

documentation:

● Verification of all sources of income received each month through confirmation of the plan;

● Paystubs:  /verification of all sources of income & P&Ls: Nov thru April

● Bank Statements: Nov thru May 10

● Complete Copy of the Following Tax Returns:  or tax affidavit 2015-2018

● Copy of Rental Agreement

Trustee  asks  that  this  Court  allow  him  to  supplement  this  opposition  after  all  required  documents  have  been

provided to the Trustee.

Trustee requests that the following amendments are made:

● Schedule I: include rental income;

These objections increase the Debtor's disposable income. Debtor's plan does not provide for all of Debtor's disposable income, therefore Trustee requests that confirmation of the plan be denied .

Trustee further opposes confirmation for the following reasons:

● Debtor(s) are ineligible to receive a discharge. Debtor(s) received a previous discharge within the time frames set out in § 1329(f). Trustee requests that Section 1.01 of the plan be amended to reflect that the debtor is not eligible for a discharge. Trustee further requests that the confirmation order make a determination of Debtor (s) ineligibility for a discharge;

● Plan is not feasible;

● Other: Section 2.5: plan payments must commence no later than 30 days from petition filing .

● Other: Section 4.5: provide for post-petition payments for June thru August , 2019

● Other:  clarify treatment of home .

Trustee reserves the right to make further objections to confirmation and requests for documentation until the above mentioned documents have been received, amendments have been made, and the plan is ultimately confirmed or dismissed. In the event that the Debtor(s) fail to timely resolve Trustee's objection to confirmation, Trustee requests that confirmation be denied.

Therefore, the Trustee objects to confirmation for the foregoing reasons and recommends that confirmation be denied and that this case be dismissed.

DATED this 14th day of August, 2019.

/s/ Rick A. Yarnall

 RICK A. YARNALL

Chapter 13 Bankruptcy Trustee

701 Bridger Ave, Suite 820

Las Vegas, Nevada   89101

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I am an employee of RICK A. YARNALL, Chapter 13 Bankruptcy Trustee; that I am over the age of 18 years; and that on the 14th day of August, 2019, I provided a copy of the Trustee's Opposition to Confirmation of Plan Combined With a Certificate of Service to each of the following by:

[ x ]  a.    **ECF System:**
             THOMAS E. CROWE     tcrowe@thomascrowelaw.com, tcrowe@lvcoxmail.com; appstcl@yahoo.com
             •RAYMOND A. JEREZA     ecfnvb@aldridgepite.com, RJereza@ecf.courtdrive.com

[ x ]  b.    **United States mail, postage fully prepaid:**


             PAULINE YOUNG
             3859 SOUTH VALLEY VIEW BLVD., #2-176
             LAS VEGAS, NV  89103
                                          /s/ Cindy Coons
                                          Cindy Coons, an Employee of
                                          RICK A. YARNALL
                                          Chapter 13 Bankruptcy Trustee