

_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
December 09, 2019
_____

E FILED ON 12/04/2019
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
tcrowe@thomascrowelaw.com
2830 S. Jones Blvd. #3
Las Vegas, Nevada 89146
(702) 794-0373
Nevada State Bar no. 3048

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
\* \* \* \* \* \*

| | | |
|---|---|---|
| In re: | ) | BANKRUPTCY NUMBER: |
| | ) | BK-S-19-12972-BTB |
| PAULINE YOUNG. | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Date: December 3, 2019 |
| | ) | Time: 1:30 p.m. |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**
**OF RECORD**

   THIS MATTER having come on for hearing this 3rd day of December, 2019, by and

through THOMAS E. CROWE, ESQ., and for good cause appearing, therefore

   IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel of Record is

granted.

///

///

///

///

IT IS FURTHER ORDERED THAT the Debtors' last known address is

    Pauline Young
    3859 S. Valley View Blvd., #2-176
    Las Vegas, NV 89103

Respectfully Submitted by:

THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION


By /s/ THOMAS E. CROWE
 THOMAS E. CROWE, ESQ.
 State Bar No. 3048
 2830 S. Jones Blvd. #3
 Las Vegas, NV  89146

In Accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):
      The Court has waived the requirement set forth in LR 9021(b)(1).
x     No party appeared at the hearing or filed an objection to the motion.
      I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:
      I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

                                      /s/ THOMAS E. CROWE
                                      THOMAS E. CROWE, ESQ

                                    ###